UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED: JULY 31, 2008
08CV4352
JUDGE CASTILLO
MAGISTRATE JUDGE VALDEZ

| | |
|---|---|
| IONIT TECHNOLOGIES, INC.<br><br>PLAINTIFF,<br><br>v.<br><br>VISION CONTROLS CORPORATION,<br><br>DEFENDANT. | Case No. _____<br>AEE<br><br>Jury Trial Demanded |

## COMPLAINT

Plaintiff, Ionit Technologies, Inc. ("Ionit"), by its attorneys Banner & Witcoff, Ltd., for its re-filed Complaint against Defendant Vision Controls Corporation ("Vision Controls") hereby states as follows:

### NOTIFICATION OF RELATED CASE

1. On April 30, 2008, Ionit filed suit for 1) copyright infringement arising under the copyright laws of the United States, 17 U.S.C. § 101 *et seq.*; 2) unfair competition arising under the laws of the United States, 15 U.S.C. § 1051 *et seq.*; and 3) unfair competition and interference with prospective business advantage arising under the common law of the State of Illinois. The case was assigned to Judge Castillo as civil action no. 08-cv-02470.

2. On May 16, 208, Judge Castillo *sua sponte* dismissed the complaint without prejudice. The docket entry text for the order stated as follows.

> After careful review of this recently filed copyright infringement complaint, said complaint is dismissed without prejudice for failure to establish jurisdiction or venue over the non-resident defendant. Plaintiff is given leave to proceed with service of the

> complaint and expedited discovery to establish whether appropriate jurisdiction and venue can be established in this district. Alternatively, plaintiff can refile this lawsuit in defendant's home district. Any amended complaint in this district should be filed by 8/29/2008. The parties are requested to fully exhaust all settlement possibilities before filing any further pleadings.

(*See* 08-cv-02470, D.E. 10).

3. Ionit and Vision Controls had multiple meetings and made repeated attempts to find a business resolution to this dispute or otherwise settle the matter; however, despite exhausting all settlement possibilities, they were unable to settle this case.

4. In the course of settlement discussions, Vision Controls agreed that it would stipulate to venue and personal jurisdiction in the Northern District of Illinois in the event that the parties were unable to settle the case. In addition, as set forth in detail *infra* in paragraphs 9-10, Ionit independently confirmed that venue is proper in this district and that this Court has personal jurisdiction over Vision Controls.

## THE PARTIES

5. Plaintiff Ionit is a corporation organized and existing under the laws of the State of Illinois, and has its principal place of business at 601 Academy Drive, Northbrook, Illinois 60062.

6. Upon information and belief, Vision Controls is a corporation organized and existing under the laws of the State of Wisconsin, and has its principal place of business at 455 East Industrial Drive, Hartland, Wisconsin 53029.

## JURISDICTION AND VENUE

7. This action is for: 1) copyright infringement arising under the copyright laws of the United States, 17 U.S.C. § 101 *et seq.*; 2) unfair competition arising under the laws of the

2

United States, 15 U.S.C. § 1051 *et seq.*; and 3) unfair competition and interference with prospective business advantage arising under the common law of the State of Illinois.

8. This Court has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §§ 1331, 1338(a), 1338(b), and 1367(a).

9. This Court has personal jurisdiction over Vision Controls because it has done and is doing business in Illinois, and in this judicial district. On information and belief, Vision Controls has committed copyright infringement, unfairly competed, and interfered with Ionit' prospective business advantage by virtue of, *inter alia*, its sales of the accused products identified herein to Rockford Tech-Systems, Inc., which is located in this district. In particular, Rockford Tech-Systems, Inc. has its place of business at 3549 Merchandise Drive, Rockford, IL 61109. (*See* http://www.rockfordts.com/). Furthermore, an employee of Rockford Tech-Systems, Inc. told an employee of Ionit at a recent trade show about the fact that Rockford Tech-Systems, Inc. was purchasing the products at issue from Vision Controls.

10. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), 1391(c), and 1400(a). Upon information and belief, Vision Controls is doing business in this district and wrongful acts committed by Vision Controls have occurred in, and are causing injury to, Ionit in this district.

## FACTUAL ALLEGATIONS

### IONIT' BUSINESS AND INTELLECTUAL PROPERTY

11. Ionit is a leader in the field of manufacturing, marketing, and selling advanced video recording systems. Such systems are used for a variety of purposes, including security, surveillance, safety, and control. Unlike traditional video recording systems that record onto tape or disc, Ionit' video recording systems record onto a computer hard drive.

3

12.     Ionit' advanced video recording systems have several benefits over other systems, including their use of proprietary software to obtain a superior rate of data compression. Data compression is important in the field of advanced video recording systems for several reasons, including that uncompressed video files take up a large amount of space on a computer hard drive and that video files require a large amount of bandwidth to be transmitted remotely. Ionit' innovative system greatly reduces the amount of computer hard drive space that an end user needs in order to run an advanced video recording system and reduces the bandwidth that an end user needs to transmit video files remotely, thus improving the rate of transmission.

13.     Ionit sells its products and services to system integrators who then sell Ionit' products to end users. Many Ionit' products have been sold, including to companies such as United States Steel Corporation, also known as U.S. Steel.

14.     Ionit' advanced video recording systems use proprietary software ("the Software").

15.     The Software resides in two locations: (1) on the hardware that Ionit sells, and (2) on an end user's computer. The Software that is on Ionit' hardware functions as an interface between the end user's computer systems and the cameras that capture the video, while the Software that is on an end user's computer is used by the end user to manage the captured video.

16.     The Software was developed by Chateau Technical Corporation ("Chateau"), a Taiwanese company. Pursuant to an agreement between Ionit and Chateau, Ionit has exclusive rights in North America to all hardware and software developed by Chateau, including the right be the exclusive distributor of the Software in North America, including in the United States. In addition, Ionit is the owner by assignment of all copyrights in the Software in North America, including in the United States.

17.　　Ionit has obtained copyright registrations for the Software. Copies of these registrations are attached as Exhibit A.

18.　　Ionit sells several different advanced video recording systems, including the **ionit**Pro+™, the **ionit**Systems™, the **ionit**RT™, the **i**-Server™, and the **i**-Cube™. These advanced video recording systems use the innovative Software.

### VISION CONTROLS AND ITS UNLAWFUL CONDUCT

19.　　Vision Controls is a direct competitor of Ionit. Vision Controls sells a line of video recording systems that it calls its CAM products, and these products directly compete with Ionit' advanced video recording systems.

20.　　On information and belief, each CAM product sold by Vision Controls utilizes the Software developed by Chateau and thus the intellectual property owned by Ionit.

21.　　Vision Controls sells at least seven such CAM products, namely CAM Embedded, CAM SS-R, CAM SS-R5, CAM SS-R16, CAM MP-R, CAM MP-R5, and CAM MP-R16. Below are screen shots taken from Vision Controls' web site which show these seven CAM products:

## Digital Video Recorders (DVR)

Our CAM SS Series of DVR's offers the industry something truly unique; the ability to record continuously at high frame rates and high resolution without using large amounts of disk space and bandwidth. The product excels at multi-site multi location applications as well as applications where long term storage is required.

Our CAM MP DVR provides true 30 images per second capture on each channel of video utilizing advanced h.264 hardware compression. The CAM MP product is ideal for applications which demand real time video recording and long term storage.



**CAM Embedded**

8 Channel embedded DVR. 120 fps recording at 640x480 resolution utilizing advanced h.264 hardware compression. Storage options ï¿½ 500 GB, 1000GB, 1500 GB. Interfaces with Vision Controls CAM SS remote software and fully compatible with CAM SS and CAM M  Product Details...



**CAM SS-R**

Available in 4, 8, or 16 channel configurations. 160 fps recording at 640x480 resolution utilizing advanced h.263 hardware compression. Storage options ï¿½ 500 GB, 1000GB, 2000GB. Utilizes Vision Controls CAM SS software and fully compatible with Visio Product Details...



**CAM SS-R5**

Same specifications as CAM SS R but includes 5 hot swappable hard drive bays and supports RAID 5 storage. Raid support is provided by 3Ware hardware RAID controller. RAID storage options are 500GB, 1000GB, 2000GB. Product may also be configured with no Product Details...



**CAM SS-R16**

Same specifications as CAM SS R but includes 16 hot swappable hard drive bays and 3 hot swappable power supplies. RAID support is provided by 3Ware hardware RAID controller. Standard RAID storage options are 500GB, 1000GB, 2000GB, 3000GB, 4000GB. Custom Product Details...



**CAM MP-R**

Available in 8 or 16 channel configurations. The key difference between the CAM MP product and CAM SS product is the video capture hardware. Video capture is 480 fps recording at 640x480 resolution utilizing advanced h.264 hardware compression and suppor Product Details...



**CAM MP-R5**

Same specifications as CAM MP R but includes 5 hot swappable hard drive bays and supports RAID 5 storage. Raid support is provided by 3Ware hardware RAID controller. RAID storage options are 500GB, 1000GB, 2000GB. Product may also be configured with no Product Details...



**CAM MP-R16**

Same specifications as CAM MP R but includes 16 hot swappable hard drive bays and 3 hot swappable power supplies. RAID support is provided by 3Ware hardware RAID controller. Standard RAID storage options are 500GB, 1000GB, 2000GB, 3000GB, 4000GB. Custom Product Details...

22.     Vision Controls does not have the authority to sell, distribute, or display the Software in the United States, nor does Vision Controls have the authority to import the Software into the United States.

23. On information and belief, Vision Controls' CAM products set forth above include and are sold with the Software.

24. For example, when a copy of the Software for Vision Controls' CAM SS is downloaded from Vision Controls' web site, it contains an End User License Agreement ("EULA") with Chateau (the developer of the Software), not with Vision Controls.

25. In addition, as seen below, the copyright notice for the Software for Vision Controls' CAM SS shows that the Software was developed by Chateau. Furthermore, on information and belief, an unauthorized person acting on behalf of Vision Controls has altered the Software and falsely claims ownership by Vision Controls in the copyright in the Software when, in fact, Vision Controls has no ownership in the Software.



7

26. Not surprisingly, as seen below, Vision Controls' User Interface for at least one of its CAM systems is almost identical to Ionit' User Interface for its **ionit**Pro+[TM] system:



8



27.    On information and belief, Vision Controls also sells and/or distributes ACS management software and a Chateau software development kit (SDK) that utilize the Software developed by Chateau and thus the intellectual property owned by Ionit.

28.    On information and belief, Vision Controls attempted to place an order for Chateau products from Chateau International Marketing in December 2007.

29.    On information and belief, Chateau International Marketing refused Vision Controls' order.

30.    On information and belief, Chateau International Marketing told Vision Controls that (a) Ionit had exclusive rights for the distribution of Chateau product in North America; and

(b) if Vision Controls wanted to purchase Chateau products, Vision Controls would have to do so through Ionit.

31.    On information and belief, Vision Controls started searching for alternatives to the Chateau product and has begun the process of transitioning its customers to those alternative products, after learning of Ionit's exclusive rights on or before December 2007.  Nonetheless, Vision Controls is still selling the products accused herein of infringement.

32.    On May 23, 2008, Vision Controls wrote Ionit that "Vision Controls would also be willing to enter into a permanent injunction stating that Vision Controls will refrain from selling any Chateau products purchased from sources other than Ionit for as long as Ionit holds the exclusive distribution rights for the Chateau products from Chateau."

33.    In the May 23, 2008 letter, Vision Controls further wrote that if Ionit was unwilling to entertain a future business relationship, "Vision Controls will transition its clients to an alternative product" and that "[i]n all likelihood that alternative will be Vision Controls' own HVR product."  Vision Controls further stated that "[a]lthough Vision Controls would like to continue to offer the Chateau product, it is not necessary to Vision Controls' future success that it sell one or another particular product."

### COUNT I – COPYRIGHT INFRINGEMENT UNDER FEDERAL LAW

34.    Ionit restates and incorporates by reference each and every allegation set forth in Paragraphs 1-33.

35.    Vision Controls has infringed and continues to infringe Ionit' copyright in the Software under, *inter alia,* 17 U.S.C. §§ 102, 106, 113, 501, and 602 by copying, reproducing, making, displaying, importing, selling, and/or distributing the Software in its CAM line of

products, in its ACS management software, and its Chateau SDK without authorization from Ionit.

36. Alternatively, if Vision Controls did not directly import the unauthorized copies of the Software into the United States, then Vision Controls is part of the chain of distribution of the unlawfully imported and distributed copies of Software, thus depriving Ionit of its right to first sale in the United States.

37. On information and belief, Vision Controls' infringement has been and continues to be willful.

38. Furthermore, on information and belief, Vision Controls has committed "criminal infringement" by: (1) willfully infringing Ionit' copyright in the Software for purposes of commercial advantage or private financial gain in violation of 17 U.S.C. § 506(a)(1); (2) placing in the Software – with fraudulent intent – a notice of copyright that Vision Controls knew to be false and that Vision Controls publicly distributed and/or imported for public distribution in violation of 17 U.S.C. § 506(c); and/or (3) altering the notice of copyright that appeared in the Software in violation of 17 U.S.C. § 506(d).

39. Ionit has been irreparably damaged, and continues to be damaged irreparably, by Vision Controls' copyright infringement of the Software.

**COUNT II – UNFAIR COMPETITION UNDER FEDERAL LAW**

40. Ionit restates and incorporates by reference each and every allegation set forth in Paragraphs 1-39.

41. In connection with at least its CAM line of products, Vision Controls has made false or misleading descriptions of fact and/or false or misleading representations of fact that are likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of

Vision Controls with Ionit as to the origin, sponsorship, or approval of Vision Controls' CAM line of products. For example, notwithstanding that Ionit is the exclusive distributor of and has exclusive rights to the Software and related hardware in North America, the Software for Vision Controls' CAM SS line of products contain a EULA with Chateau, not Vision Controls, and contain a copyright notice that shows that the Software was developed by Chateau, not Vision Controls.

42. On information and belief, Vision Controls' unfair competition has been and continues to be willful.

43. Ionit has been irreparably damaged, and continues to be damaged irreparably, by Vision Controls' unfair competition.

### COUNT III – INTENTIONAL INTERFERENCE WITH PROSPECTIVE BUSINESS ADVANTAGE UNDER ILLINOIS STATE LAW

44. Ionit restates and incorporates by reference each and every allegation set forth in Paragraphs 1-43.

45. Ionit had a reasonable expectation of entering into valid business relationships with at least Videotec Corporation and Advantage Security Integration, as well as other Vision Controls customers.

46. On information and belief, Vision Controls knew of the expectancy.

47. On information and belief, despite such knowledge, Vision Controls intentionally and without justification or privilege interfered with the expectancy that caused the termination of the expectancy.

48. Ionit has been irreparably damaged, and continues to be damaged irreparably, by Vision Controls' interference with its prospective business advantage.

## COUNT IV – UNFAIR COMPETITION UNDER ILLINOIS STATE LAW

49. Ionit restates and incorporates by reference each and every allegation set forth in Paragraphs 1-48.

50. Vision Controls' acts discussed above, including selling its CAM products with the Software, illegally "hacking" into the Software in order to alter it and falsely claim ownership in the copyright in the Software when, in fact, Vision Controls has no ownership in the Software, and interfering with Ionit' prospective business advantage constitute unfair competition under the law of the State of Illinois.

51. As one example, Ionit had a reasonable expectation of entering into valid business relationships with at least Videotec Corporation and Advantage Security Integration, as well as other Vision Controls customers.

52. On information and belief, Vision Controls knew of the expectancy.

53. On information and belief, despite such knowledge, Vision Controls intentionally and without justification or privilege interfered with the expectancy that caused the termination of the expectancy.

54. Ionit has been irreparably damaged, and continues to be damaged irreparably, by Vision Controls' unfair competition.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38 and the Seventh Amendment to the Constitution of the United States of America, Ionit hereby demands a trial by jury on all issues so triable.

## RELIEF SOUGHT

**WHEREFORE**, Plaintiff Ionit prays for:

A.  Judgment that Vision Controls: (i) willfully and criminally infringed Ionit' copyright in the Software; (ii) willfully engaged in unfair competition under the law of the United States; (iii) interfered with Ionit' prospective business advantage under the law of the State of Illinois; and (iv) engaged in unfair competition under the law of the State of Illinois.

B.  A preliminary and permanent injunction against further infringement of Ionit' copyrights in the Software by Vision Controls, its agents, servants, employees, officers, directors, affiliates, attorneys, assigns, and all others in active concert or participation with them or otherwise controlled by them.

C.  An order requiring Vision Controls, its agents, servants, employees, officers, directors, affiliates, attorneys, assigns, and all others in active concert or participation with them or otherwise controlled by them, as well as any others that may become aware of the enjoinment ordered by the Court, to forfeit for destruction all devices, products, components, and any materials of any type containing the Software and any works derived from or copied from the Software as well as all implements, devices, or equipment used in the manufacture of the infringing copies of the Software.

D.  A preliminary and permanent injunction prohibiting Vision Controls from further contact or communication with Ionit' customers regarding the Software in order to prevent any further interference with Ionit' prospective business advantage.

E.  An award of Vision Controls' profits and damages sustained by Ionit as a result of Vision Controls' copyright infringement, which damages include, but are not limited to, Vision Controls' profits.

F.  An award of Vision Controls' profits and damages sustained by Ionit as result of Vision Controls' unfair competition pursuant to 15 U.S.C. § 1117, which shall be trebled pursuant to the same.

G.  An award of damages sustained by Ionit as a result of Vision Controls' interference with Ionit' prospective business advantage.

H.  An award of (i) the costs of this action, and (ii) Ionit' reasonable attorneys' fees, pursuant to 15 U.S.C. § 1117(a).

I.  The recovery of all pre-judgment and post-judgment interest on each and every award.

J.  Such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: July 31, 2008    By:    /s/ Timothy C. Meece
                               Timothy C. Meece (6226967)
                               Binal J. Patel (6237843)
                               Michael L. Krashin (6286637)
                               BANNER & WITCOFF, LTD.
                               10 South Wacker Drive – Suite 3000
                               Chicago, Illinois 60606
                               Telephone: (312) 463-5000
                               Facsimile: (312) 463-5001

                               **Attorneys for Plaintiff,**
                               **Ionit Technologies, Inc.**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

08CV4352
JUDGE CASTILLO
MAGISTRATE JUDGE VALDEZ

AEE

**Registration Number:**

TX 6-835-752

**Effective date of registration:**

April 10, 2008

## Title
    **Title of Work:** Chateau RT4

## Completion/Publication
    **Year of Completion:** 2006
    **Date of 1st Publication:** December 1, 2006    **Nation of 1st Publication:** United States

## Author
    ■   **Author:** Chateau Technical Corporation
    **Author Created:** Revised and additional text of computer program
    **Work made for hire:** Yes
    **Anonymous:** No    **Pseudonymous:** No

## Copyright claimant
    **Copyright Claimant:** Ionit Technologies, Inc.
    601 Academy Drive, Northbrook, IL 60062
    **Transfer Statement:** by written agreement

## Limitation of copyright claim
    **Material excluded from this claim:** Previous version
    **Previously registered:** No
    **New material included in claim:** Revised and additional text of computer program

## Certification
    **Name:** Binal J. Patel
    **Date:** April 10, 2008

---

    **Correspondence:** Yes

IPN#:

Registration #:   TX0006835752

Service Request #:   1-55092158

Banner & Witcoff, Ltd.
Binal J. Patel
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-835-750**

**Effective date of registration:**

April 10, 2008

## Title
- **Title of Work:** Chateau XP

## Completion/Publication
- **Year of Completion:** 2006
- **Date of 1st Publication:** December 1, 2006
- **Nation of 1st Publication:** United States

## Author
- **Author:** Chateau Technical Corporation
- **Author Created:** Revised and additional text of computer program
- **Work made for hire:** Yes
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** Ionit Technologies Inc.
  601 Academy Drive, Northbrook, IL 60062
- **Transfer Statement:** by written agreement

## Limitation of copyright claim
- **Material excluded from this claim:** Previous version
- **Previously registered:** No
- **New material included in claim:** Revised and additional text of computer program

## Certification
- **Name:** Binal J. Patel
- **Date:** April 10, 2008

**Correspondence:** Yes

Page 1 of 1

**IPN#:**

**Registration #:**　TX0006835750

**Service Request #:**　1-55092125

Banner & Witcoff Ltd
Binal J Patel
10 S Wacker Drive Suite 3000
Chicago, IL 60606