UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IONIT TECHNOLOGIES, INC. | Civil Action No. 08 C 4352 |
| PLAINTIFF, | Judge Ruben Castillo |
| v. | Magistrate Maria Valdez |
| VISION CONTROLS CORPORATION, | |
| DEFENDANT. | Jury Trial Demanded |

**PLAINTIFF IONIT TECHNOLOGIES, INC.'S MOTION
FOR ENTRY OF DEFAULT JUDGMENT AGAINST
<u>DEFENDANT VISION CONTROLS CORPORATION</u>**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff, Ionit Technologies, Inc. ("Ionit Technologies"), moves for entry of default judgment against Defendant Vision Controls Corporation ("Vision Controls") for failure to plead or otherwise defend the above-captioned action. A Proposed Order granting the Motion is attached as Exhibit 1 and is also being emailed today to Proposed_Order_Castillo@ilnd.uscourts.gov.

The Complaint in this action was served on August 6, 2008, on Vision Controls' CEO, Kevin Marty. (*See* Exhibit 2, Affidavit of Process Server). Accordingly, under Federal Rule of Civil Procedure 12(a), Vision Control's response was due on or before August 26, 2008. That date has come and gone, and Vision Controls has not filed an answer or otherwise responded to Ionit Technologies' Complaint. Therefore, Ionit Technologies respectfully requests entry of default judgment in this case.

If the Court grants this motion, "[t]he facts of this case are taken from the allegations of Plaintiff's complaint, which are deemed admitted as a consequence of Defendants' default." *See J & J Sports Prods., Inc. v. Reyes*, No. 07-6418, 2008 WL 2755049, at *1 (N.D. Ill. July 14, 2008), (citing *Black v. Lane*, 22 F.3d 1395, 1397 n. 4 (7th Cir. 1994)). Consequently, if the Court grants this Motion, Ionit Technologies will submit a proposed order in accordance with *J & J Sports Productions, Inc. v. Reyes* that includes a complete recitation of facts in accordance with the Complaint, the relief granted, and a specific sum requested for damages, attorneys' fees, and costs.

Finally, counsel of record for Ionit Technologies attempted to contact an attorney who is believed to be counsel for Vision Controls on August 27, 2008, but was unsuccessful. Specifically, Binal Patel left Amy Vandamme a voicemail message the morning of August 27 explaining that Ionit Technologies had not received a response to its Complaint and that Ionit Technologies would be filing a motion today with the Court. Mr. Patel did not receive a response to his voicemail message.

Respectfully submitted,

Dated: August 27, 2008

By: /s/ Michael L. Krashin
Timothy C. Meece (6226967)
   tmeece@bannerwitcoff.com
Binal J. Patel (6237843)
   bpatel@bannerwitcoff.com
Michael L. Krashin (6286637)
   mkrashin@bannerwitcoff.com
BANNER & WITCOFF, LTD.
10 South Wacker Drive – Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

**Attorneys for Plaintiff**
**Ionit Technologies, Inc.**

**CERTIFICATE OF SERVICE**

I certify that on August 27, 2008, I electronically filed the foregoing PLAINTIFF IONIT TECHNOLOGIES, INC.'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT VISION CONTROLS CORPORATION through the Court's ECF system, which will send an electronic notice of filing to all counsel of record who are registered ECF users.

I also certify that on August 27, 2008, a copy of the foregoing is being sent:

- By overnight courier to Kevin Marty, CEO, Vision Controls Corporation, 455 East Industrial Drive, Bldg. 2, Hartland, WI 53029.

- By email to Amy Vandamme (alvandamme@michaelbest.com), Michael Best & Friedrich LLP, 100 East Wisconsin Avenue, Suite 3300, Milwaukee, Wisconsin 53202.

/s/ Michael L. Krashin
FOR IONIT
TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IONIT TECHNOLOGIES, INC. ) | Civil Action No. 08 C 4352 |
| ) | |
| PLAINTIFF, ) | Judge Ruben Castillo |
| ) | |
| v. ) | Magistrate Maria Valdez |
| ) | |
| VISION CONTROLS CORPORATION, ) | |
| ) | Jury Trial Demanded |
| DEFENDANT. ) | |

LIST OF EXHIBITS IN SUPPORT OF
PLAINTIFF IONIT TECHNOLOGIES, INC.'S MOTION FOR ENTRY OF DEFAULT
JUDGMENT AGAINST DEFENDANT VISION CONTROLS CORPORATION

| Exhibit No. | Description |
|---|---|
| 1 | Proposed Order |
| 2 | Affidavit of Process Server |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IONIT TECHNOLOGIES, INC.** | ) | **Civil Action No. 08 C 4352** |
| PLAINTIFF, | ) | **Judge Ruben Castillo** |
| v. | ) | **Magistrate Maria Valdez** |
| **VISION CONTROLS CORPORATION,** | ) | **Jury Trial Demanded** |
| DEFENDANT. | ) | |

### ORDER

The Court, having before it Plaintiff Ionit Technologies, Inc.'s ("Ionit Technologies'") Motion for Entry of Default Judgment against Defendant Vision Controls Corporation ("Vision Controls"), and being otherwise sufficiently advised, HEREBY ORDERS that the Motion is GRANTED and that default judgment is hereby ENTERED against Vision Controls.

Ionit Technologies is DIRECTED to file within two weeks of entry of this Order a complete recitation of facts in accordance with the Complaint, the relief granted, and the specific sum it requests for damages, attorneys' fees, and costs.

Dated this _____ day of September, 2008.

BY THE COURT:

_____
Honorable Ruben Castillo
United States District Judge

**EXHIBIT 1**

# Affidavit of Process Server

**Ionit Technologies, Inc.** vs **Vision Controls Corp.**   **08CV4352**
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I, **John Healy**,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Vision Controls Corp.**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage
☒ **Summons and Complaint**

by serving (NAME) **Kevin Marty, CEO**

at ☐ Home _____
☒ Business **455 E Industrial Dr Bldg #2  Hartland WI**
☐ on (DATE) **08-06-08** at (TIME) **9:10 AM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely **Kevin Marty - CEO**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) **08-06-08  9:10 am**

**Description:**
☒ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☒ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☒ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☒ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☒ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of **WI** County of **Milw**
Subscribed and sworn to before me,
a notary public, this ___ day of **August**, 200**8**

SERVED BY
**LASALLE PROCESS SERVERS**

[Notary seal: JAY A. MYHRE, NOTARY PUBLIC, STATE OF WISCONSIN]

**EXHIBIT 2**

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.