UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IONIT TECHNOLOGIES, INC. ) | Civil Action No. 08 C 4352 |
| ) | |
| PLAINTIFF, ) | Judge Ruben Castillo |
| ) | |
| v. ) | Magistrate Maria Valdez |
| ) | |
| VISION CONTROLS CORPORATION, ) | |
| ) | Jury Trial Demanded |
| DEFENDANT. ) | |

## NOTICE OF MOTION

To:  Kevin Marty                                        Amy Vandamme
     CEO, Vision Controls Corporation       Michael Best & Friedrich LLP
     455 East Industrial Drive                      100 East Wisconsin Avenue, Suite 3300
     Bldg. 2                                                  Milwaukee, Wisconsin 53202
     Hartland, WI 53029

Please take notice that on Tuesday, September 2, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before Honorable Judge Ruben Castillo, or anyone sitting in his place, in courtroom 2141 at 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff Ionit Technologies, Inc.'s Motion for Entry of Default Judgment Against Defendant Vision Controls Corporation, copies of which are hereby served upon you, this 27th day of August, 2008.

Respectfully submitted,

Dated:  August 27, 2008                    By: /s/ Michael L. Krashin
                                             Timothy C. Meece (6226967)
                                                    tmeece@bannerwitcoff.com
                                             Binal J. Patel (6237843)
                                                    bpatel@bannerwitcoff.com
                                             Michael L. Krashin (6286637)
                                                    mkrashin@bannerwitcoff.com
                                             Banner & Witcoff, Ltd.
                                             10 South Wacker Drive – Suite 3000
                                             Chicago, Illinois 60606
                                             Telephone: (312) 463-5000
                                             Facsimile: (312) 463-5001

**Attorneys for Plaintiff**
**Ionit Technologies, Inc.**

## **CERTIFICATE OF SERVICE**

I certify that on August 27, 2008, I electronically filed the foregoing NOTICE OF MOTION through the Court's ECF system, which will send an electronic notice of filing to all counsel of record who are registered ECF users.

I also certify that on August 27, 2008, a copy of the foregoing is being sent:

- By overnight courier to Kevin Marty, CEO, Vision Controls Corporation, 455 East Industrial Drive, Bldg. 2, Hartland, WI 53029.

- By email to Amy Vandamme (alvandamme@michaelbest.com), Michael Best & Friedrich LLP, 100 East Wisconsin Avenue, Suite 3300, Milwaukee, Wisconsin 53202.

/s/ Michael L. Krashin
FOR IONIT
TECHNOLOGIES, INC.