**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ionit Technologies Inc
                              Plaintiff,

v.                                           Case No.: 1:08–cv–04352
                                                               Honorable Ruben Castillo

Vision Controls Corporation
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Plaintiff's motion for entry of default judgment against defendant Vision Controls Corporation [10] is granted. The Court hereby enters a default against defendant Vision Controls Corporation for failure to timely appear, answer or otherwise plead to the complaint. The Court will retain jurisdiction to enter an appropriate judgment in a sum certain. Motion hearing set for 9/2/2008, status report filing date of 9/8/2008, and status hearing set for 9/11/2008 are vacated. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.