Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4352 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Ionit Technologies, Inc. Vs. Vision Controls Corporation | | |

**DOCKET ENTRY TEXT**

Plaintiff's request for entry of final judgment [13] is granted. Enter Order Entering Final Judgment. The Court hereby enters judgment in favor of the plaintiff, Ionit Technologies, Inc. and against defendant, Vision Controls Corporation.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



FILED
2008 SEP -3 AM 9:04
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|